**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
tarifa.laddon@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  +1 310 203 4000
Facsimile:   +1 310 229 1285

TYLER A. YOUNG (Admitted Pro Hac Vice)
tyler.young@faegredrinker.com
RORY F. COLLINS (Admitted Pro Hac Vice)
rory.collins@faegredrinker.com
2200 Wells Fargo Center, 90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone:  +1 612 766 7000
Facsimile:   +1 612 766 1600

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | Case No. 2:24-CV-03721-MWF-AJRx<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>**DEFENDANT TARGET CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Memorandum of Points and Authorities; Young Declaration in Support Thereof; Request for Judicial Notice; and [Proposed] Order, filed herewith]<br><br>Date:     September 16, 2024<br>Time:    10:00 a.m.<br>Place:    Courtroom 5<br><br>Complaint Filed:   May 3, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 16, 2024, at 10:00 a.m., in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA, 90012, Defendant Target Corporation ("Target") will and hereby does move the Court for an order dismissing the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; Declaration of Tyler A. Young and attached exhibits; Request for Judicial Notice; any reply brief that Target may file; the complete file and record in this action; and such further and other matters as the Court may allow.

This Motion is made following an exchange of detailed correspondence concerning Plaintiff's claim and the grounds for proposed dismissal, as well as a telephonic conference with opposing counsel, pursuant to Local Rule 7-3, which occurred on June 24, 2024. At this conference, the parties discussed thoroughly the substance of the instant motion and a potential resolution of Plaintiff's claims but were unable to reach a resolution.

DATED: July 1, 2024         FAEGRE DRINKER BIDDLE & REATH LLP

                            By:   */s/ Tyler A. Young*
                                  TARIFA B. LADDON
                                  TYLER A. YOUNG (Admitted *PHV*)
                                  RORY F. COLLINS (Admitted *PHV*)

                                  Attorneys for Defendant
                                  TARGET CORPORATION