**FAEGRE DRINKER BIDDLE & REATH LLP**
ANDREW S. AYALA (SBN 332261)
andrew.ayala@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

TYLER A. YOUNG (*Pro Hac Vice*)
Tyler.young@faegredrinker.com
RORY F. COLLINS (*Pro Hac Vice*)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8610
Facsimile: (612) 766-1600

*Attorneys for Defendant*
TARGET CORPORATION

**CROSNER LEGAL, P.C.**
Michael T. Houchin (SBN 305541)
mhouhin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Tel: (323) 306-4234

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE, AMBER SMITH, TAYLOR AMBROISNO, and JENNIFER GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-03721-MWF-AJR<br><br>Hon. Michael W. Fitzgerald<br><br>**STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE**<br><br>[(Proposed) Order submitted concurrently herewith]<br><br>Complaint Filed: May 3, 2024 |
| JENNIFER DEFOREST, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 8:25-cv-00851-MWF-AJR<br><br>Complaint Filed: March 14, 2025 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE
Case Nos. 2:24-CV-03721-MWF-AJR and 8:25-cv-00851-MWF-AJR

Defendant Target Corporation ("Defendant"), plaintiffs Jennifer Carbine, Amber Smith, Taylor Ambroisno, and Jennifer Garcia ("*Carbine* Plaintiffs"), and plaintiff Jennifer Deforest from the related case ("*Deforest* Plaintiff", and together with Carbine Plaintiffs and Defendant, the "Parties"), by and through their respective counsel, hereby submit this stipulation agreeing to consolidate *Jennifer Carbine et al. v. Target Corporation*, Case No. 2:24-cv-03721-MWF-AJR (the "*Carbine* Action") and *Jennifer Deforest v. Target Corporation*, Case No. 8:25-cv-00851-MWF-AJR (the "*Deforest* Action" and together with *Carbine* Action, the "Consolidated Action") for purposes of pretrial proceedings and discovery. The Parties further stipulate to set deadlines to file a Consolidated Second Amended Complaint and Defendant's response thereto in the Consolidated Action as set forth below:

WHEREAS, on May 3, 2024, Jennifer Carbine commenced the *Carbine* Action in California Federal Court for the Central District of California (*Carbine* Dkt. 1);

WHEREAS, on March 27, 2025, the *Carbine* Plaintiffs filed a First Amended Complaint adding plaintiffs Amber Smith, Taylor Ambroisno, and Jennifer Garcia (*Carbine* Dkt. 34);

WHEREAS, the *Carbine* First Amended Complaint challenges Defendant's sales of Good and Gather Pasta Sauce products labeled "No Artificial Colors, Flavors, or Preservatives" due to the presence of citric acid, and seeks to represent putative classes in California, Illinois, New York, and Washington (*Carbine* Dkt. 34 ¶¶ 3-4, 41, 59, 70, 81, 91, 99, 106, 115-117);

WHEREAS, on March 14, 2025, the *Carbine* Plaintiff commenced the *Deforest* Action in the Superior Court of the State of California, for the County of Orange, which Defendant then removed to this Court on April 23, 2025 (*Deforest* Dkt. 1);

Faegre Drinker Biddle & Reath LLP
Attorneys At Law
Los Angeles

- 2 -
STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE
Case Nos. 2:24-CV-03721-MWF-AJR and 8:25-cv-00851-MWF-AJR

WHEREAS, the *Deforest* Action brings claims against Defendant for sales of Good and Gather Pasta Sauce products labeled "No Artificial Colors, Flavors, or Preservatives" due to the presence of citric acid, and seeks to represent a putative nationwide class and a California sub-class (Dkt. 1-1 ¶¶ 9-11, 14, 36-37, 52-53, 65-66, 71, 75);

WHEREAS, Federal Rule of Civil Procedure 42(a) "permits consolidation of 'actions involving a common question of law or fact.'" *Paxonet Commc'ns, Inc. v. TranSwitch Corp.*, 303 F. Supp. 2d 1027, 1028 (N.D. Cal. 2003). Consolidation is appropriate when the interest of judicial convenience is greater than the potential for delay, confusion, and prejudice caused by consolidation. *Id*. (citation omitted);

WHEREAS, the *Carbine* Action and the *Deforest* Action involve similar facts, parties, and claims for relief and present common questions of fact and law, such that consolidation will promote judicial efficiency, avoid duplicative proceedings, and conserve the resources of the Parties and the Court;

WHEREAS, the Parties agree that the *Carbine* Action and the *Deforest* Action should be consolidated for all pretrial proceedings and discovery on the *Carbine* Docket, No. 2:24-cv-03721-MWF-AJR;

WHEREAS, the Parties further agree that all case deadlines for the Consolidated Action should be controlled by the Order Re Jury Trial entered in the *Carbine* Action (*Carbine* Dkt. 40);

WHEREAS, if the Court grants this Stipulation to Consolidate Cases, the Parties agree that the *Carbine* Plaintiffs and *Deforest* Plaintiff should have up to and including July 28, 2025 to file a Consolidated Second Amended Complaint on the Consolidated Action docket;

WHEREAS, the Parties also agree that Defendant's response to the Consolidated Second Amended Complaint should be filed on the Consolidated Action docket on or before August 25, 2025;

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -
STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE
Case Nos. 2:24-CV-03721-MWF-AJR and 8:25-cv-00851-MWF-AJR

WHEREAS, the Parties further agree that the deadline for Defendant's response to the First Amended Complaint in the *Deforest* Action should be vacated;

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses; and

WHEREAS, this stipulation is not sought in bad faith or for purposes of delay,

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The *Carbine* Action and the *Deforest* Action shall be consolidated into a single action pursuant to Fed. R. Civ. P. 42(a).

2. All future filings for these consolidated proceedings shall be filed in the Consolidated Action; filings should not be separately docketed in the *Deforest* Action and all previous filings in the *Deforest* Action need not be refiled.

3. The cases shall remain consolidated until further order by the Court.

4. The Order Re Jury Trial entered into in the *Carbine* Action shall also apply to the *Deforest* Action in the Consolidated Action.

5. The *Carbine* Plaintiffs and *Deforest* Plaintiff shall file a consolidated Second Amended Complaint on or before July 28, 2025.

6. Defendant shall file its response to the Consolidated Action on or before August 25, 2025.

7. Defendant's June 30, 2025 deadline to file its responsive pleading in the *Deforest* Action is hereby vacated.

**IT IS STIPULATED AND AGREED.**

DATED: June 30, 2025        **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Andrew S. Ayala*
     Andrew S. Ayala

*Attorneys for Defendant*
TARGET CORPORATION

- 4 -
STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE
Case Nos. 2:24-CV-03721-MWF-AJR and 8:25-cv-00851-MWF-AJR

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| DATED: June 30, 2025 | | **LAW OFFICES OF TODO M. FRIEDMAN, P.C.** |

By: */s/ Todd M. Friedman*
Todd M. Friedman

*Attorneys for Plaintiff and Proposed Class*
JENNIFER DEFOREST

DATED: June 30, 2025        **CROSNER LEGAL, P.C.**

By: */s/ Michael T. Houchin*
Michael T. Houchin

*Attorneys for Plaintiffs and Proposed Class*
JENNIFER CARBINE

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 30, 2025        */s/ Andrew S. Ayala*
Andrew s. Ayala

- 5 -
STIPULATION TO CONSOLIDATE CASES AND SET ANSWER DEADLINE
Case Nos. 2:24-CV-03721-MWF-AJR and 8:25-cv-00851-MWF-AJR

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES