**FAEGRE DRINKER BIDDLE & REATH LLP**
ANDREW S. AYALA (SBN 332261)
andrew.ayala@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

TYLER A. YOUNG (*Pro Hac Vice*)
Tyler.young@faegredrinker.com
RORY F. COLLINS (*Pro Hac Vice*)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8610
Facsimile: (612) 766-1600

*Attorneys for Defendant*
TARGET CORPORATION

**CROSNER LEGAL, P.C.**
Michael T. Houchin (SBN 305541)
mhouhin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Tel: (323) 306-4234

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE, AMBER SMITH, TAYLOR AMBROISNO, JENNIFER GARCIA, and JENNIFER DEFOREST individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-03721-MWF-AJR<br><br>Hon. Michael W. Fitzgerald<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[(Proposed) Order submitted concurrently herewith]<br><br>Complaint Filed: May 3, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Target Corporation ("Defendant") and Plaintiffs Jennifer Carbine, Amber Smith, Taylor Ambroisno, Jennifer Garcia, and Jennifer Deforest ("Plaintiffs") (together, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs' individual claims in this action are hereby dismissed with prejudice;
2. The claims of the putative class members, if any, are hereby dismissed without prejudice;
3. Each party shall bear their own attorneys' fees and costs.

**IT IS STIPULATED AND AGREED.**

Dated: August 8, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Rory F. Collins*
  Rory F. Collins

  *Attorneys for Defendant*
  TARGET CORPORATION

Dated: August 8, 2025

**CROSNER LEGAL, P.C.**

By:   */s/ Michael T. Houchin*
  Michael T. Houchin

  *Attorneys for Plaintiffs and the Proposed Classes*

1
2
## **ATTESTATION**

3
4
    I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5
6 Dated:  August 8, 2025                     */s/ Michael T. Houchin*
                                                         Michael T. Houchin
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR VOLUNTARY DISMISSAL
Case Nos. 2:24-CV-03721-MWF-AJR