JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE, AMBER SMITH, TAYLOR AMBROSINO, JENNIFER GARCIA, and JENNIFER DeFOREST, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>           Defendant. | Case No. CV 24-3721-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL |

///
///
///
///
///
///
///
///
///
///

The Court has considered the parties' Joint Stipulation for Voluntary Dismissal
with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Docket
No. 46).  For good cause shown, the Court GRANTS the parties' request and
ORDERS:

1.  Plaintiffs' individual claims in this action are DISMISSED with
    prejudice.
2.  The claims of the putative class members, if any, are DISMISSED
    without prejudice.
3.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 8, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge